**DISMISS and Opinion Filed December 3, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01236-CV

**PLANO OVERHEAD, INC., Appellant**
**V.**
**DESIREE HAMILTON A/K/A DESIREE BRIDGES, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-02034-2015**

## MEMORANDUM OPINION

Before Justices Francis, Evans, and Stoddart
Opinion by Justice Evans

The parties have settled their differences and move the Court for an order vacating the trial court's interlocutory judgment and dismissing this interlocutory appeal. We grant the parties' motion, vacate the trial court's interlocutory order, and dismiss this interlocutory appeal. *See* TEX. R. APP. P. 42.1(a)(2)(A).

/David W. Evans/
DAVID EVANS
JUSTICE

151236F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

PLANO OVERHEAD, INC., Appellant

No. 05-15-01236-CV        V.

DESIREE HAMILTON A/K/A
DESIREE BRIDGES, Appellee

On Appeal from the County Court at Law
No. 3, Collin County, Texas.
Trial Court Cause No. 003-02034-2015.
Opinion delivered by Justice Evans.
Justices Francis and Stoddart participating.

In accordance with this Court's opinion of this date, the trial court's interlocutory judgment is **VACATED** and the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered this 3rd day of December, 2015.